STATE OF NEW JERSEY v. FRANK MILLER.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL DEORIO.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THEOPHILUS COLIE BLOUNT.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME LEWIS.

December 12, 1983.

Petition for certification denied.

JACK LEVKOVITZ v. PLANNING BOARD OF THE
TOWNSHIP OF MONTVILLE.

December 20, 1983.

Petition for certification denied.